THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 John K. Moore, Petitioner,
 
 
 

v.

 
 
 
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Richland County
 Howard P. King, Circuit Court Judge

Memorandum Opinion No.  2005-MO-039
Submitted August 11, 2005 - Filed August 15, 2005

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Assistant Appellate Defender Eleanor Duffy Clearly, of the Office of Appellate Defense, of Columbia, for Petitioner.
 Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General David Spencer, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  We granted certiorari to review the denial of petitioners application for post-conviction relief.  After careful consideration, we dismiss certiorari as improvidently granted.
DISMISSED
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.